# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RUSSELL SMITH,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:16-cv-02652 |
| **TOPEKA RESCUE MISSION,** | ) |
| **Defendant.** | ) |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

On February 1, 2017, this Court entered an Order for Plaintiff to show cause as to why service of summons was not made on Defendant Topeka Rescue Mission within 90 days, and why this action should not be dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 4(m).

Plaintiff and Defendant are contemporaneously filing a Stipulation of Dismissal with Prejudice. After the suit was filed but before the 90-day period for service of summons had expired, the parties had agreed in principle on a resolution of Plaintiff's claims. That resolution has been finalized, and the parties have agreed to a dismissal of Plaintiff's claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

1

Dated:   February 10, 2017

                Respectfully submitted,

                **FUNK RIEMANN LLP**

                By:  /s/ *Andrew W. Funk*
                    Andrew Funk, KS Bar # 78181
                      andrew@frlawkc.com
                  Tim J. Riemann, KS Bar # 21737
                      tim@frlawkc.com
                  1600 Genessee St., Suite 852
                  Kansas City, MO 64102
                  Tel:   (816) 945-6544
                  Fax:  (816) 895-6351

                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy via electronic mail to the following:

Janelle Williams
Jackson Lewis, P.C.
7101 College Blvd.,
Suite 1150
Overland Park, KS 66210
Janelle.Williams@jacksonlewis.com

By: */s/ Andrew W. Funk*

Andrew Funk

ATTORNEY FOR PLAINTIFF