IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RUSSELL SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:16-cv-02652 |
| ) | |
| **TOPEKA RESCUE MISSION,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Russell Smith and Defendant Topeka Rescue Mission hereby file their stipulation of dismissal of all claims in the above-captioned lawsuit with prejudice, each party to bear his/its own costs, attorneys' fees, and expenses.

1

Dated:   February 10, 2017

        Respectfully submitted,

        **FUNK RIEMANN LLP**

        By:  /s/ *Andrew W. Funk*
           Andrew Funk, KS Bar # 78181
            andrew@frlawkc.com
          Tim J. Riemann, KS Bar # 21737
            tim@frlawkc.com
          1600 Genessee St., Suite 852
          Kansas City, MO 64102
          Tel:   (816) 945-6544
          Fax:   (816) 895-6351

        **ATTORNEYS FOR PLAINTIFF**

        **JACKSON LEWIS P.C.**

        By:       /s/ *Janelle Williams*
          Janelle Williams
          7101 College Blvd.,
          Suite 1150
          Overland Park, KS 66210
          Tel:        (913) 981-1018
          Fax:       (913) 981-1019
          Janelle.Williams@jacksonlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy via electronic mail to the following:

Janelle Williams
Jackson Lewis, P.C.
7101 College Blvd.,
Suite 1150
Overland Park, KS 66210
Janelle.Williams@jacksonlewis.com

By: _/s/ Andrew W. Funk_

Andrew Funk

ATTORNEY FOR PLAINTIFF